UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  98-cv-01867-WYD

MADISON STEWART WILKINS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF SOCIAL SERVICES DIVISION OF VOCATIONAL REHABILITATION,

    Defendant.

## ORDER

THIS MATTER is before the Court on *pro se* Plaintiff Madison Stewart Wilkins' Letter of February 1, 2011 [ECF No. 90].  Therein, Plaintiff requests, among other things, that I review the file in this matter and grant her relief.  The nature of the relief requested is not clear, although Plaintiff requests a "meeting" so that I may fully consider her request.

I note that this case was dismissed on December 11, 1998.  On December 7, 2009, Plaintiff filed a Motion to Reopen this case and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed December 8, 2009 [#84].  On February 11, 2010, I entered an Order denying the Motion to Reopen.  In reviewing the case file on the Court's CM/ECF system, it appears that Plaintiff never received a copy of my February 11, 2010, Order, as that Order was returned to the Court as undeliverable on

March 1, 2010.  In her recent letter, Plaintiff has provided an updated address.

Upon review of the file in this matter, I find that Plaintiff has not demonstrated that she is entitled to any relief in this closed case.  However, it is hereby

ORDERED that the Clerk's Office re-send a copy of the Order denying Plaintiff's Motion to Reopen Case, entered February 11, 2010 [ECF No. 87] to Plaintiff at her current address.

Dated:  March 18, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge