IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  98-cv-01867-WYD

MADISON STEWART WILKINS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF SOCIAL SERVICES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Counsel for Defendant's Motion for Permission to Withdraw Appearance, filed On April 20, 2011 [ECF No. 93] is **GRANTED**.  Attorney James G. Sawtelle is permitted to withdraw as attorney of record for the Defendant, Colorado Department of Social Services.

    Dated:  April 20, 2011.