IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   98-cv-01867-WYD

MADISON STEWART WILKINS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF SOCIAL SERVICES OF VOCATIONAL REHABILITATION,

    Defendant.

## ORDER

Plaintiff has submitted a "Motion to File as a Pauper and Obtain an Attorney", which the Court construes as a motion for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 and a motion for appointment of counsel. (ECF No. 100).

I have examined the file and have determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), I find that any appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues.

The plaintiff also seeks appointment of counsel to represent her in this matter. I have broad discretion to direct the Clerk of the Court to appoint counsel for a plaintiff in a civil case. *See DiCesare v. Stuart*, 12 F.3d 973, 979 (10th Cir. 1993).  In making this decision, I consider the following factors: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present his claims, and (4) the complexity of legal issues raised by the claims.  *See Rucks v. Boergermann*, 57

F.3d 978, 979 (10th Cir. 1995).

Here, the Plaintiff previously filed an appeal in this case. The Tenth Circuit Court of Appeals dismissed the appeal for lack of jurisdiction. (ECF No. 105). Accordingly, I am unconvinced that Plaintiff's chances of succeeding on the merits are strong. Consequently, the motion for counsel is denied.

Accordingly, it is

ORDERED that "Motion to File as a Pauper and Obtain an Attorney" (ECF No. 100) is **DENIED**.

Dated: July 15, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE